IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 28, 2009

Charles R. Fulbruge III
Clerk

No. 07-40416

MONICA CASTRO, For Herself and as Next Friend of R.M.G.,

Plaintiff-Appellant

vs.

UNITED STATES OF AMERICA,

Defendant-Appellee

- - - - -
Appeal from the United States District Court for the
Southern District of Texas
- - - - -


ON PETITION FOR REHEARING EN BANC

(Opinion February 20, 2009, 5 Cir., 2009, _____F.3d____)

(August 28, 2009)


BEFORE: JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, WIENER,
GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN,
ELROD, SOUTHWICK and HAYNES, Circuit Judges.


BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.